UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TODD NOWICKI AND CYNTHIA NOWICKI INDIVIDUALLY AND ON BEHALF OF BRYANT, DAVIS AND PRESTON NOWICKI | CIVIL ACTION NO. |
| VERSUS | |
| LOUISANA MEDICAL MUTUAL INSURANCE COMPANY AND JASON ROLLING, M.D. | SECTION: |
| | TRIAL BY JURY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**COMPLAINT FOR DAMAGES**

TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:

The Complaint of Todd Nowicki and Cynthia Nowicki, persons of full age, individually and on behalf of Bryant, Davis and Preston Nowicki, the minor children of Todd Nowicki and Cynthia Nowicki, represent as follows:

1.

Plaintiffs, Todd Nowicki and Cynthia Nowicki, were, at all relevant times, of full age, married to each other, the parents of the minors, Bryant, Davis and Preston Nowicki and are currently residents of the State of South Carolina.

2.

Made defendant herein is Louisiana Medical Mutual Insurance Company ("LAMMICO"), a Louisiana insurer, doing business within the jurisdiction of this court, which provides a policy of liability insurance to defendant, Jason Rolling, M.D., covering the matters

sued upon herein, and said defendant is directly liable to petitioners, pursuant to the provisions of the Louisiana Direct Action Statute.

3.

Made defendant herein is Jason Rolling, M.D., upon information and belief, a person of the full age of majority, a resident of the State of Louisiana, and a licensed physician by the State of Louisiana, who was practicing medicine in Louisiana at all relevant times.

4.

On or about September 7, 2012, Dr. Jason Rolling performed a right distal bicep tendon repair procedure on Todd Nowicki at Ponchartrain Surgery Center.

5.

During the procedure, Dr. Rolling drilled a hole in Todd's right capitellum and passed a surgical button and the detached tendon through that hole and secured the button.

6.

Dr. Rolling cut the tendon that he had placed at the capitellum, and left the surgical button in the capitellum.

7.

Dr. Rolling drilled a hole in the biceps tuberosity and placed a surgical button and the detached tendon in that location and secured that button.

8.

Dr. Rolling deviated from the standard of care by operating in the wrong location, drilling through the capitellum and passing the surgical button and detached biceps tendon through the capitellum, and securing the surgical button to the capitellum.

9.

Dr. Rolling's deviation from the standard of care caused severe and disabling orthopedic and nerve injury to Todd Nowicki, requiring significant additional medical treatment, including therapy and surgery.

10.

As a result of the foregoing medical negligence by Dr. Rolling, Todd Nowicki has suffered disfigurement, disability, pain and suffering, emotional distress, loss of enjoyment of life and lifestyle, loss of wages, loss of earning capacity and incurred medical expenses, all of which will continue.  In addition, as a result of the foregoing, Cynthia Nowicki and the minor children, Bryant, Davis and Preston Nowicki, have suffered a loss of consortium, support and services.

11.

This matter was considered by a medical review panel on June 18, 2014 and the opinion of the medical review panel was mailed by certified mail as provided by statute on July 2, 2014 and received by the undersigned plaintiffs' counsel on July 3, 2014.

12.

Jurisdiction of plaintiffs' claims against defendants is based on 28 U.S.C. §1332, the diversity jurisdiction of this court, as the amount in controversy for plaintiffs substantially exceeds  $75,000.00, exclusive of costs and interest, and diversity of citizenship exists between all plaintiffs and all defendants.

13.

Venue is proper because the acts giving rise to plaintiffs' claims occurred in this judicial district.

**WHEREFORE**, plaintiffs pray that this Complaint be filed and the defendants, Louisiana Medical Mutual Insurance Company and Dr. Jason Rolling, be served and cited to appear and to answer same and after all legal delays and due proceedings had, there be judgment herein in favor of plaintiffs and against defendants, Louisiana Medical Mutual Insurance Company and Dr. Jason Rolling, jointly and in solido, for such damages as are reasonable and just under the circumstances, plus interest from the date that the medical review panel proceeding was initiated, January 11, 2013, until paid, for all costs of these proceedings, for a trial by jury and all general and equitable relief.

Respectfully submitted,

/s/ David A. Abramson
DAVID A. ABRAMSON (#21435)
IAN TAYLOR (#33408)
JESSICA IBERT (#33196)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
Tel:   (504) 588-1500
Fax:   (504) 588-1514
Abramson@lksalaw.com
Itaylor@lksalaw.com
jibert@lksalaw.com

and

Robert R. Johnston (#22442)
Fowler Rodriguez Valdes-Fauli
400 Poydras Street, 30th Floor
New Orleans, LA  70130
Tel:  (504)523-2600
Fax:  (504)523-2705
johnston@frfirm.com

PLEASE SERVE:
LOUISIANA MEDICAL MUTUAL INSURANCE COMPANY
Through its agent for service of process:
Thomas G. Grimstead, MD
One Galleria Blvd., Suite 700
Metairie, LA 70001

| | |
|---|---|
| DR. JASON ROLLING<br>C/O Covington Orthopedics<br>19343 Sunshine Avenue<br>Covington, LA 70433 | THE PATIENTS COMPENSATION FUND<br>Mr. Ken Schnauder, Executive Director<br>8225 Florida Blvd., 2nd floor<br>Baton Rouge, LA 70806 |