UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TODD NOWICKI, ET AL.                                          CIVIL ACTION

VERSUS                                                        NO. 14-1890

LOUISIANA MEDICAL MUTUAL                                      SECTION "R"
INSURANCE CO., ET AL.

ORDER

The Court having been advised that settlement of this matter is pending subject to approval by the Medical Review Board.

Accordingly,

**IT IS ORDERED** that this matter is hereby administratively closed with the right of any party to reopen the action if settlement is not consummated.

New Orleans, Louisiana this 3rd day of March, 2016.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE