**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **TODD NOWICKI, ET AL** | * | CIVIL ACTION |
| | | NO. 2:14-CV-01890 |
| **VERSUS** | * | |
| | | JUDGE: Sarah S. Vance |
| | | MAGISTRATE: Karen Wells Roby |
| **LOUISIANA MEDICAL MUTUAL** | * | |
| **INSURANCE COMPANY, ET AL** | | TRIAL BY JURY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO DISMISS CLAIMS WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, come plaintiffs, Todd Nowicki and Cynthia Nowicki, and upon requesting to the Court that the above captioned matter has been resolved, move that their claims be dismissed with prejudice in the above captioned matter.

Respectfully submitted:

LEWIS, KULLMAN, STERBCOW & ABRAMSON

/s/ David A. Abramson_____
DAVID A. ABRAMSON (21435)
601 Poydras Street, Suite 2615
New Orleans, LA 70130
Telephone: (504)588-1500
Facsimile:  (504)588-1514
abramson@lksalaw.com
and
Robert R. Johnston (22442)
FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, LA  70130
Telephone:  (504)523-2600
Facsimile:   (504)523-2705
johnston@frfirm.com
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 19th day of April, 2016, I electronically filed the foregoing with the Clerk of Court by using CMF/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/David A. Abramson
David A. Abramson

1
