UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TODD NOWICKI, ET AL | * | CIVIL ACTION |
| | | NO. 2:14-CV-01890 |
| VERSUS | * | |
| | | JUDGE: Sarah S. Vance |
| | | MAGISTRATE: Karen Wells Roby |
| LOUISIANA MEDICAL MUTUAL | * | |
| INSURANCE COMPANY, ET AL | | TRIAL BY JURY |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING THE FOREGOING MOTION TO DISMISS CLAIMS WITH PREJUDICE;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs' Motion to Dismiss Claims with Prejudice be and is hereby granted, and, accordingly, the claims of plaintiffs, are hereby dismissed with prejudice. Each party is to bear their own costs.

New Orleans, Louisiana, this __19th__ day of April, 2016.

_____
HONORABLE SARAH S. VANCE
DISTRICT COURT JUDGE